**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal (State Bar #068687)
norm@bamlawca.com
Kyle R. Nordrehaug (State Bar #205975)
kyle@bamlawca.com
Aparajit Bhowmik (State Bar #248066)
aj@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEKARY WRIGHT, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED MEDICAL PERSONNEL SERVICES, INC., a Corporation; RISE MEDICAL STAFFING, LLC, a Limited Liability Company; and Does 1 through 50,<br><br>Defendants. | Case No. 2:18-cv-00998-JAM-AC<br><br>Related to Case No. 2:17-cv-1967-MCE-KJN<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hearing Date: August 9, 2018<br>Hearing Time: 2:00 p.m.<br>Courtroom: 7 |

Presently before the Court's is Plaintiff's Motion for Leave to File Second Amended Complaint.  On July 23, 2018, Defendants filed a Statement of Non-Opposition to said Motion,  Having reviewed Plaintiff's motion and supporting documents, given the Statement of Non-Opposition, and good cause appearing, Plaintiff's Motion (ECF No. 14) is GRANTED, and Plaintiff is accorded leave to file his proposed Second Amended Complaint.

Defendants will have twenty (20) days to file a responsive pleading after the filing and service of the Second Amended Complaint.

**IT IS SO ORDERED.**

**Dated:  August 15, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE